United States District Court
Southern District of Texas
**ENTERED**
November 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **ALMA CURREY,** *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:25-CV-00475** |
| | § | |
| **WAL-MART STORES TEXAS, LLC,** *et al.*, *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING REMAND**

Pending before the Court is Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint, (Dkt. No. 25), which was referred to United States Magistrate Judge Juan F. Alanis for a Report and Recommendation ("R&R"). On October 21, 2026, Magistrate Judge Alanis issued an R&R, recommending that Plaintiff's motion be granted, and that the case be remanded. (Dkt. No. 28). The time for filing objections has passed and no objections have been filed.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the Court has reviewed the R&R for clear error.[1] Finding no clear error, the Court adopts the R&R in its entirety. Accordingly, the Plaintiff's motion is **GRANTED**.

It is therefore **ORDERED** that Plaintiff's Second Amended Complaint is deemed filed as date of this Order.

---

[1] "The advisory committee's note to Rule 72(b) states that, 'when no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Douglas v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)) (alteration in original), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1).

It is further **ORDERED** that Plaintiff shall promptly affect service of process upon Defendants PumpTex, Inc., and Tanknology, Inc., in accordance with Rule 4 of the Federal Rules of Civil Procedure.

It is further **ORDERED** that this action be **REMANDED** to the 476th Judicial District Court of Hidalgo County, Texas, pursuant to 28 U.S.C. § 1447(c), (e).

The Clerk of Court shall send a copy of this Order to counsel for Plaintiff and Defendants and a certified copy of this Order to the Clerk of Court for the 476th District Court, Hidalgo County, Texas.

Upon remand, the Clerk of the Court shall close out this matter.

It is **SO ORDERED**.

SIGNED on November 5, 2026.

**JOHN G.E. MARCK**
**UNITED STATES DISTRICT JUDGE**